**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| HNJ Enterprises, LLC § | |
| § | |
| *versus* § | Civil Action 4:21−cv−02579 |
| § | |
| AmGuard Insurance Company § | |

## Notice of Reassignment

This case is reassigned to Judge Alfred H Bennett.

Entered:  August 12, 2021                                          Nathan Ochsner, Clerk